Lawrence A. Organ (SBN 175503)
*larry@civilrightsca.com*
Navruz Avloni (SBN 279556)
*navruz@civilrightsca.com*
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960-2664
Telephone: (415) 453-4740
Facsimile: (415) 785-7352

Attorneys for Plaintiff Marina Tijerino Mendioroz

Leila Narvid (SBN 229402)
*ln@paynefears.com*
Laura Fleming (SBN 219287)
*lf@paynefears.com*
Matthew C. Lewis (SBN 274758)
*mcl@paynefears.com*
**PAYNE & FEARS LLP**
One Post Street, Suite 1000
San Francisco, California 94104
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for former Air Serv Security, Inc., and
ABM Aviation, Inc., formerly known as Air Serv Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA TIJERINO MENDIOROZ, <br><br> Plaintiffs, <br><br> v. <br><br> AIR SERV CORPORATION, a Georgia corporation; AIR SERV SECURITY, INC., a Georgia corporation; ABM AVIATION, INC., a Georgia corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 4:17-cv-03875-CW <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATION

WHEREAS, Plaintiff Marina Tijerino Mendioroz ("Plaintiff") filed this action against Defendants Air Serv Corporation, Air Serv Security, Inc. and ABM Aviation, Inc.(collectively "Defendants") alleging claims for: (1) Failure to Accommodate in violation of the FEHA, (2) Failure to Engage in the Interactive Process in violation of the FEHA, (3) Retaliation in violation of the CFRA, (4) Interference in violation of the CFRA, (5) Disability Discrimination in violation of the FEHA, (6) Disability Harassment in violation of the FEHA, (7) Failure to Prevent Harassment in violation of the FEHA, and Wrongful Termination;

WHEREAS, on April 5, 2018, the Parties and their respective counsel of record participated in a mediation session with Jeffrey Ross and thereafter continued to discuss settlement; and

WHEREAS, the Parties have entered into a written settlement agreement, by which Plaintiff releases all claims and causes of action against Defendants, including the claims asserted by her in this Action for Failure to Accommodate in violation of the FEHA, Failure to Engage in the Interactive Process in violation of the FEHA, Retaliation in violation of the CFRA, Interference in violation of the CFRA, Disability Discrimination in violation of the FEHA, Disability Harassment in violation of the FEHA, Failure to Prevent Harassment in violation of the FEHA, and Wrongful Termination.

THEREFORE, PLAINTIFF AND DEFENDANTS HEREBY STIPULATE, by and through their respective counsel of record, pursuant to Federal Rules of Civil Procedure 41(a)(1), to dismiss the above-caption matter with prejudice. This stipulation and dismissal completely terminates that above-entitled action against all parties. Each party will bear its/her own attorneys' fees and costs.

///

///

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

The parties hereto also request that this court retain jurisdiction in order to enforce the terms and conditions of the settlement and release.


DATED: May 4, 2018

CALIFORNIA CIVIL RIGHTS LAW GROUP
Attorneys at Law


By: _____
              */s/ Navruz Avloni*
            NAVRUZ AVLONI

Attorneys for Plaintiff
Marina Tijerino Mendioroz


DATED: May 29, 2018

PAYNE & FEARS LLP
Attorneys at Law


By: _____
           */s/ Matthew C. Lewis*
           MATTHEW C. LEWIS

Attorneys for Defendants former Air
Serv Security, Inc., and ABM Aviation, Inc.,
formerly known as Air Serv Corporation

### ATTESTATION OF E-FILED SIGNATURE

I, Matthew C. Lewis, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order of Dismissal with Prejudice. I hereby attest that Navruz Avloni, Esq. has read and approved this Stipulation and [Proposed] Order of Dismissal with Prejudice and consents to its filing in this action.


           */s/ Matthew C. Lewis*
           MATTHEW C. LEWIS

## [~~PROPOSED~~] ORDER

Based on the stipulation of the parties, and good cause appearing therefor;

The release by Plaintiff of all claims and potential claims she has or may have against Defendants for violation of Plaintiff's rights under the statues referenced above is hereby APPROVED; and

IT IS ORDERED that this action be, and hereby is, DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated: 5/30/2018

_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

4850-3241-7639.1